Spencer P. Hugret (State Bar # 240424)
shugret@gordonrees.com
**GORDON & REES LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986 5900
Facsimile: (415) 986 8054

Attorneys for Defendants
FORD MOTOR COMPANY

Jacob Cutler (SBN 264988)
Email: jcutler@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
MARK MAGAN and EVELIA MAGAN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAGAN and EVELIA MAGAN<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01045-AB-FFM<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation.

Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED**

Dated: ~~2/4/2019~~ 2/7/2019

_____
United States District Judge